FLORENCE O. DENNIS-WICKERS, Respondent, *v.* THE VILLAGE OF ELMIRA HEIGHTS, Appellant.

(Submitted February 5, 1906; decided February 13, 1906.)

Motion for re-argument denied, with ten dollars costs.    (See 182 N. Y. 534.)

---

JAMES C. LIVINGSTON et al., Respondents, *v.* DEWITT STAFFORD, as Commissioner of Highways of the Town of Stratford, et al., Appellants.

*Livingston* v. *Stafford,* 99 App. Div. 108, affirmed.
(Argued January 30, 1906; decided February 16, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 17, 1904, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury.

*Frederick Collin* for appellants.

*Andrew J. Nellis* and *Robert F. Livingston* for respondents.

Judgment affirmed, with costs, on the opinions of the Trial Term and Appellate Divison below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ.    Dissenting: O'BRIEN, J.    Not sitting: CHASE, J.